**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| NOVO NORDISK A/S AND NOVO NORDISK INC., | |
| Plaintiffs, | Case No. 24-CV-12799 |
| v. | Hon. Jeffrey I. Cummings |
| MIDWEST MEDICAL WEIGHT LOSS & AESTHETICS PLLC | |
| Defendant. | |

## <u>AGREED MOTION FOR ENTRY OF FINAL JUDGMENT BY CONSENT</u>

Plaintiffs Novo Nordisk A/S and Novo Nordisk Inc. ("Novo Nordisk" or "Plaintiffs"), with the agreement of Defendant Midwest Medical Weight Loss and Aesthetics PLLC ("Defendant"), respectfully move this Court to enter a final judgment in this action in favor of Plaintiffs. In support of this motion, Plaintiffs state as follows:

1.      Novo Nordisk filed this Complaint on December 12, 2024 (Dkt #1) alleging false advertising, unfair competition, and deceptive trade practices in violation of sections 43(a) of the Lanham Act, 15 U.S.C. § 1125(a), common law, and the Illinois Consumer Fraud and Deceptive Business Practices Act.

2.      The parties have agreed to a confidential settlement agreement to resolve Plaintiffs' claims.

3.      Attached as Exhibit A is Defendant's signed consent to the proposed final judgment and permanent injunction ("Final Judgment").

4. Upon entry of the Final Judgment, this matter will be resolved in full.

5. Under the Final Judgment, this Court retains jurisdiction solely for the purpose of enforcing the parties' settlement agreement, the Final Judgment, and as otherwise provided in the Final Judgment.[1]

## **CONCLUSION**

For the reasons stated above, the parties respectfully move this Court to enter the attached Final Judgment in favor of Plaintiffs and against Defendant.

DATED: July 17, 2025

Respectfully Submitted,

_/s/ Brigid Carmichael_
Suyash Agrawal
Hillary W. Coustan
Brigid Carmichael
**MASSEY & GAIL LLP**
50 E Washington St., Ste. 400
Chicago, Illinois 60602
(312) 379-0949
sagrawal@masseygail.com
hcoustan@masseygail.com
bcarmichael@masseygail.com

_Attorneys for Plaintiffs Novo Nordisk A/S and Novo Nordisk Inc._

_/s/ Rebecca Weissman_
Rebecca Weissman
**LOFTUS & EISENBERG, LTD.**
181 W. Madison St
Suite 4700
Chicago, IL 60602
312-899-6625
Email: rebecca@loftusandeisenberg.com

_Attorney for Defendant Midwest Medical Weight Loss and Aesthetics PLLC_

---

[1] "When a court issues an injunction, it automatically retains jurisdiction to enforce it". _Hyzy v. Baker_, No. 18-CV-5276, 2019 WL 2576533, at *4 (N.D. Ill. June 24, 2019) _citing United States v. Fisher_, 864 F.2d 434, 436 (7th Cir. 1988).