IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Novo Nordisk A/S et al ,

Plaintiff(s),

v.

Midwest Medical Weight Loss & Aesthetics PLLC,

Defendant(s).

Case No. 24 cv 12799
Judge Jeffrey I. Cummings

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☒ in favor of plaintiff(s) Novo Nordisk and Novo Nordisk Inc. and against defendant(s) Midwest Medical Weight Loss & Aesthetics PLLC in an undisclosed amount pursuant to the parties' confidential settlement agreement.

which ☐ includes $ pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.
☐ tried by Judge _____ without a jury and the above decision was reached.
☒ decided by Judge Cummings on a motion for consent judgment.

Date: 7/23/2025                                    Thomas G. Bruton, Clerk of Court

                                                   C. Chambers , Deputy Clerk